IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ADAM PATRICK KING,<br><br>　　　　　Defendants. | **4:08CR3149**<br><br>**RELEASE ORDER** |

　　　The defendant is released subject to the terms and conditions of supervised release which were imposed at sentencing.

　　　November 14, 2012.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge